UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
CAROLYN WALKER  
DEBTOR

CHAPTER 13 PROCEEDING:  
11-10605-B-13

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Sep 30, 2011.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Funds are owed to the creditors listed below:

| | | |
|---|---|---|
| BROWNSVILLE ISD<br>TONY YZAGUIRRE TAX ASSESSOR COLLECTOR<br>PO BOX 952<br>BROWNSVILLE, TX  78522 | No Proof of Claim has been filed. | $268.41 |

5. As a result, funds owed to the creditor in the amount of $268.41 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Wed, September 30, 2015

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#108

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
CAROLYN WALKER

CHAPTER 13 PROCEEDING:  
11-10605-B-13

DEBTOR

## CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on September 30, 2015, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

CAROLYN A WALKER  
401 BOCA CHICA BLVD #114  
BROWNSVILLE, TX  78520

ABELARDO LIMON JR  
890 WEST PRICE ROAD  
BROWNSVILLE, TX  78520

LINEBARGER GOGGAN BLAIR  
(Creditor Attorney)  
& SAMPSON LLP  
PO BOX 17428  
AUSTIN, TX  78760-7428

BROWNSVILLE ISD  
TONY YZAGUIRRE TAX ASSESSOR COLLECTOR  
PO BOX 952  
BROWNSVILLE, TX  78522